(May 17, 2007)

■ JOSEPH P. RITORTO, Appellant, v LARRY A. SILVERSTEIN et al., Respondents. [834 NYS2d 471]—Appeal from an order, Supreme Court, New York County (Helen E. Freedman, J.), entered on or about January 25, 2005, unanimously withdrawn in accordance with the terms of the stipulation of the parties hereto. No opinion. Order filed. Concur—Andrias, J.P., Nardelli, Williams, Sweeny and McGuire, JJ. [*See* 10 Misc 3d 1051(A), 2005 NY Slip Op 51876(U).]